**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1290**

DAVID BETHEA,

              Petitioner,

        v.

DEPARTMENT OF LABOR,

              Respondent.

On Petition for Review of an Order of the Administrative Review
Board.  (07-057; 2006-STA-023)

Submitted:  September 19, 2008        Decided:  October 6, 2008

Before KING, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

David Bethea, Petitioner Pro Se.  John Robert Shortall, OFFICE OF
THE SOLICITOR GENERAL, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Bethea seeks review of the Administrative Review Board's decision and order dismissing his complaint of retaliatory discharge filed pursuant to 49 U.S.C.A. § 31105 (West 2007 & Supp. 2008). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. <u>Bethea v. Wallace Trucking Co.</u>, No. 07-057 (A.R.B. Dec. 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>